Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: hansena@ballardspahr.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> IOTA INDIGO, LLC, a Nevada Limited Liability Company, DOES I through X; and ROE BUSINESS ENTITIES XI through XX, <br><br> Defendant. | Case No. 2:13-cv-01837-RFB-PAL <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT <br><br> (First Request) |

Commonwealth Land Title Insurance Company and IOTA Indigo, LLC hereby:

STIPULATE AND AGREE that the time for IOTA Indigo, LLC to file an answer to plaintiff's amended complaint shall be extended from August 3, 2015 to August 17, 2015.

[Signatures on Following Page]

DMWEST #12578012 v1

| | |
|---|---|
| Dated: July 31, 2015 | Dated: July 31, 2015 |
| FIDELITY NATIONAL LAW GROUP | BALLARD SPAHR LLP |
| /s/ Christina Wang | /s/ Ann Marie Hansen |
| Marni Rubin Watkins | Abran E. Vigil |
| Nevada Bar No. 9674 | Nevada Bar No. 7548 |
| Christina H. Wang | Ann Marie Hansen |
| Nevada Bar No. 9713 | Nevada Bar No. 10144 |
| David E. Littman | 100 North City Parkway, Suite 1750 |
| *Pro Hac Vice* | Las Vegas, Nevada 89106-4617 |
| 2450 St. Rose Pkwy., Ste. 150 | *Attorneys for Defendant* |
| Henderson, Nevada 89074 | |
| *Attorney for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  September 22, 2015.