Abran E. Vigil
Nevada Bar No. 7548
Ann Marie Hansen
Nevada Bar No. 10144
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

*Attorneys for IOTA Indigo, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>IOTA INDIGO, LLC, a Nevada Limited Liability Company, DOES I-X; and ROE BUSINESS ENTITIES XI-XX<br><br>            Defendant. | Case No. 2:13-cv-01837-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among Commonwealth Land Title and Insurance Company and IOTA Indigo, LLC that the above-entitled matter be dismissed, with

/ / /

/ / /

/ / /

prejudice, with each party bearing its own costs and attorney's fees.

IT IS SO STIPULATED.

| FIDELITY NATIONAL LAW GROUP | BALLARD SPAHR |
|---|---|
| By: /s/ David E. Littman<br>Christina H. Wang<br>David E. Littman<br>2450 Rose Pkwy., Suite 100<br>Henderson, Nevada 89074<br>(702) 667-3000<br>christina.wang@fnf.com<br>david.littman@fnf.com<br>Plaintiff's counsel | By: /s/ Ann Marie Hansen<br>Abran E. Vigil<br>Ann Marie Hansen<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada<br>(702) 471-7000<br>vigila@ballardspahr.com<br>hansena@ballardspahr.com<br>Defendant's counsel |

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge
DATED this 7th day of December, 2015.